No. D-2035. IN RE DISBARMENT OF GOULD. Albert Ira Gould, of Bolton, Mass., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.